**Gregory Alan MILES, Appellant,**

v.

**SOUTH DAKOTA DEPARTMENT OF SOCIAL SERVICES, OFFICE OF CHILD SUPPORT ENFORCEMENT; United States Department of Health and Human Services, Administration for Children and Families; Pamela Jean Miles, Client of South Dakota Office of Child Support, Appellees.**

No. 03–1924.

United States Court of Appeals, Eighth Circuit.

Submitted July 16, 2003.

Decided July 25, 2003.

Before RILEY, HANSEN, and SMITH, Circuit Judges.

PER CURIAM.

Gregory Alan Miles appeals from the district court's[1] preservice dismissal of his civil complaint. Having reviewed the record de novo, *see Moore v. Sims*, 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam), we conclude that the district court properly dismissed Miles's claims because the South Dakota Department of Social Services and the United States Department of Health & Human Services enjoy sovereign immunity, and Miles's claims against the third defendant (his ex-wife) are not properly brought in federal court.

Accordingly, we affirm the dismissal, but we modify it to reflect that the dismissal is without prejudice to any remedies Miles might have in state court or under the Federal Tort Claims Act, 28 U.S.C. §§ 2671–80. *See* 8th Cir. R. 47A(a). We also deny the pending motion for a hearing.

[1.] The Honorable Richard H. Battey, United States District Judge for the District of South Dakota.